UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>    Plaintiff,<br><br>  v.<br><br>NORTH 5TH STREET INVESTMENT GROUP, LLC, a California Limited Liability Company<br><br>    Defendants. | Case No.: 5:21-cv-00154-EJD<br><br>**ORDER** |

**<u>ORDER</u>**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                     HONORABLE EDWARD J. DAVILA
                                     United States District Judge

Notice of Settlement            -1-            5:21-cv-00154-EJD